**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ROBERT J. THOMAS, | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | No.: 02-CV-3802 |
| | : | |
| ALTEGRA CREDIT COMPANY | : | |
| Defendant | : | |

**ENTRY OF APPEARANCE**

TO THE CLERK:

Kindly enter my appearance on behalf of the Defendant, Altegra Credit Company.

Respectfully submitted,

WEIR & PARTNERS LLP

Dated: _____     BY: ___s\ Oliver D. Griffin___
OLIVER D. GRIFFIN, ESQUIRE
Attorney for Defendant

155336-1