```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA


ROBERT J. THOMAS              :    CIVIL ACTION
                              :
         vs.                  :
                              :
ALTEGRA CREDIT COMPANY, ET AL :    NO. 02-3802
```

O R D E R

**AND NOW, TO WIT:** This 11th day of MARCH, 2003, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**MICHAEL E. KUNZ**, Clerk of Court

BY:_____
     Harry E. Grace,
     Deputy Clerk

Civ 2 (8/2000)
41(b)